IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BARLOW,<br><br>       Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>       Defendants.<br>_____/ | 1:07-cv-01085 OWW SMS (PC)<br><br>ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $350.00 filing fee.

       In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust

1 account statement for the six month period immediately preceding the filing of the complaint, or
2 in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will
3 result in a recommendation that this action be dismissed.
4 IT IS SO ORDERED.
5 **Dated:   July 31, 2007**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE