IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BARLOW, | 1:07-cv-01085 OWW SMS (PC) |
| Plaintiff, | |
| vs. | ORDER GRANTING EXTENSION OF TIME |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 6) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 6, 2007, plaintiff filed a notice to the court, showing that he requires an extension of time to submit a copy of his trust account statement or pay the $350.00 filing fee for this action, pursuant to the court's order of July 31, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a copy of his trust account statement or pay the $350.00 filing fee.

IT IS SO ORDERED.

**Dated:   September 13, 2007**          /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE