IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BARLOW, | 1:07-cv-01085 OWW SMS (PC) |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |
| CALIFORNIA DEPT. OF CORRECTIONS, et al., | |
| Defendants. / | |

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On July 31, 2007, the court ordered the plaintiff to submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint or pay the civil filing fee.  Plaintiff filed a copy of his prison trust account statement on September 26, 2007; however, it was not a certified copy.  Plaintiff will be provided the opportunity to submit a **certified copy** of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $350.00 filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust

1   account statement for the six month period immediately preceding the filing of the complaint, or
2   in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will
3   result in a recommendation that this action be dismissed.
4   IT IS SO ORDERED.
5   **Dated:    October 16, 2007**               /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE