IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BARLOW, | 1:07-cv-01085 OWW SMS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT OR PAY FILING FEE |
| vs. | |
| CALIFORNIA DEPT. OF CORRECTIONS, et al., | |
| | (DOCUMENT #10) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 15, 2007, plaintiff filed a motion to extend time to comply with the court's order of October 16, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to submit a certified copy of his prison trust account statement, or in the alternative, to pay the $350.00 filing fee for this action.

IT IS SO ORDERED.

**Dated:   November 30, 2007**           /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE